UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Antowin Gentry,

    Defendant.

Case: 4:21−cr−20222
Assigned To : Davis, Stephanie Dawkins
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 3/30/2021
Description: INFO USA V. GENTRY (NA)

Violation: 18 U.S.C. § 641

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds

Antowin Gentry

Beginning in or around July 2012 and continuing through August 2018, in the Eastern District of Michigan, Southern Division, Defendant Antowin Gentry, willfully and knowingly stole, purloined, and converted to his own use money of the Social Security Administration, a department or agency of the United States, that is: Social Security Act, Title II, Retirement Insurance Benefits having a value greater than $1,000.00; all in violation of Title 18, United States Code, Section 641.

SAIMA S. MOHSIN
Acting United States Attorney


*s/Anthony P. Vance*

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

*s/Corinne M. Lambert*

CORINNE M. LAMBERT
Special Assistant U.S. Attorney

*s/Ryan A. Particka*

RYAN A. PARTICKA
Assistant United States Attorney


Dated:  March 30, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number:<br>21−cr−20222 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☒No | **AUSA's Initials:** C.M.L. |

**Case Title:** USA v. <u>Antowin Gentry</u>

**County where offense occurred:** <u>Genesee</u>

**Offense Type:** <u>Felony</u>

Information -- **no** prior complaint

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

March 30, 2021
Date

*s/Corinne M. Lambert*
Corinne M. Lambert
Special Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
corinne.lambert@usdoj.gov
(313) 226-9129

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.